IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| COOK CHILDREN'S HEALTH FOUNDATION a/k/a W.I. COOK FOUNDATION, INC., on behalf of itself and a class of similarly situated persons,<br><br>        Plaintiff,<br><br>v.<br><br>XTO ENERGY, INC.<br><br>        Defendant. | Civil Action No. 6:21-cv-00141-JCB |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Under Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Cook Children's Health Foundation a/k/a W.I. Cook Foundation, Inc. ("Cook Foundation") discloses the following:

1. Cook Foundation is a non-profit corporation organized under the laws of the State of Texas.

2. Cook Foundation has no parent corporation or any publicly held corporation owning 10% or more of its stock.

DATED: April 14, 2021

Respectfully submitted,

*/s/ David J. Drez III*
David J. Drez III
Texas Bar No. 24007127
david.drez@wickphillips.com
Jacob T. Fain
Texas Bar No. 24053747
jacob.fain@wickphillips.com

WICK PHILLIPS GOULD & MARTIN LLP
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone:     (817) 332-7788
Facsimile:      (817) 332-7789

and

SHARP LAW, LLP

Rex A. Sharp
Texas Bar No. 18118800
Ryan C. Hudson
Texas Bar No. 24053274
Scott B. Goodger
Texas Bar No. 24103736
5301 West 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
rhudson@midwest-law.com
sgoodger@midwest-law.com

**ATTORNEYS FOR PLAINTIFF
AND THE PROPOSED CLASS**